## Isaac Zlatkin et al., Appellees, v. Morris L. Goldberg et al.

### Jacob Levy, Appellant.

### Gen. No. 18,427.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county;  the Hon. CHARLES A. McDONALD, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1912.  Affirmed.  Opinion filed October 9, 1913.  Rehearing denied October 23, 1913.

### Statement of the Case.

Bill in aid of an execution by Isaac Zlatkin and others against Morris L. Goldberg and others to subject to the lien of complainants' judgments certain property alleged to have been fraudulently conveyed between the defendants to defraud creditors.   From a decree for complainants, Jacob Levy, one of the defendants, appeals.

MATTHEW P. BRADY, for appellant, Jacob Levy.

F. B. HOVEY and EDMUND W. FROEHLICH, for appellees.

MR. JUSTICE FITCH delivered the opinion of the court.

### Abstract of the Decision.

EXECUTION,   § 273*—*when evidence sufficient to sustain decree on bill in aid.*  Decree subjecting property alleged to have been fraudulently conveyed to the lien of complainant's judgment, *held* sustained by the evidence.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.